UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Brandon Schumpert, individually and as a representative of the class,<br><br>    Plaintiff,<br><br>v.<br><br>Aldi, Inc.,<br><br>    Defendant. | Case No.: 1:13-cv-02417 |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS, AND NAMED PLAINTIFF INCENTIVE AWARD**

Pursuant to Federal Rule of Civil Procedure 23(h), Plaintiff moves for an Order awarding (1) $25,981.29 to Class Counsel for attorneys' fees; (2) $1,518.71 in costs; and (3) $500 to Brandon Schumpert as a Named Plaintiff Incentive Award. This Motion is based on the points and authorities cited in Plaintiff's accompanying Memorandum and supporting documents filed therewith. Defendant does not oppose this Motion. For this reason and those stated in Plaintiff's accompanying Memorandum and supporting documents, the Motion should be granted.

Dated: December 20, 2013        s/Nicholas D. Thompson
                                NICHOLS KASTER, PLLP
                                E. Michelle Drake, MN Bar No. 0387366*
                                Anna P. Prakash, MN Bar No. 0351362*
                                Nicholas D. Thompson, MN Bar No. 0389609*
                                *admitted *pro hac vice*
                                4600 IDS Center
                                80 South Eighth Street
                                Minneapolis, MN 55402
                                Telephone: (612) 256-3200
                                Facsimile: (612) 215-6870
                                drake@nka.com
                                nthompson@nka.com

1

>THE PRINZ LAW FIRM, P.C.
>Poonam K. Lakhani, IL Bar No. 6306318
>One East Wacker Dr., Suite 550
>Chicago, IL 60601
>Telephone: (312) 212-4450
>Facsimile: (312) 284-4822
>plakhani@prinz-lawfirm.com
>
>ATTORNEYS FOR PLAINTIFF AND THE CLASS

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, I filed the foregoing MOTION via the Court's CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Frederick T. Smith     fsmith@seyfarth.com

Pamela Quigley Devata     pdevata@seyfarth.com, chidocket@seyfarth.com, nbrown@seyfarth.com

Reema Kapur     rkapur@seyfarth.com, chidocket@seyfarth.com, shampton@seyfarth.com

>/s/Nicholas D. Thompson
>Nicholas D. Thompson (*pro hac vice*)

2