IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON SCHUMPERT, individually and as a representative of the class,<br><br>Plaintiff,<br><br>v.<br><br>ALDI INC.,<br><br>Defendant. | Case No. 1:13-cv-02417<br><br>Judge Harry D. Leinenweber |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Plaintiff BRANDON SCHUMPERT ("Named Plaintiff"), on behalf of himself and all members of the proposed settling class (together, the "Settling Class"), and Defendant ALDI INC., by their attorneys and pursuant to Fed. R. Civ. P. 23(e), respectfully move this Court for Final Approval of the Class Settlement, as more fully stated and explained in the parties' supporting memorandum of law.[1]

Respectfully submitted,

BRANDON SCHUMPERT

/s Anna P. Prakash
Poonam K. Lakhani, IL Bar No. 6306318
plakhani@prinz-lawfirm.com
THE PRINZ LAW FIRM, P.C.
One East Wacker Drive, Suite 550
Chicago, Illinois 60601
Telephone: (312) 212-4450
Facsimile: (312) 284-4822
plakhani@prinz-lawfirm.com

E. Michelle Drake, MN Bar No. 0387366*

ALDI INC.

/s Reema Kapur
Pamela Q. Devata
pdevata@seyfarth.com
Reema Kapur
rkapur@seyfarth.com
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Frederick T. Smith

---

[1] Named Plaintiff and the Settling Class have filed a Motion for Attorneys' Fees and Costs, and Named Plaintiff Incentive Award. (ECF Nos. 35-36.) Aldi Inc. does not oppose the motion.

drake@nka.com
Anna P. Prakash, MN Bar No. 0351362*
aprakash@nka.com
Nicholas D. Thompson, MN Bar No. 0389609*
nthompson@nka.com
* Admitted pro hac vice
NICHOLS KASTER, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

*ATTORNEYS FOR NAMED PLAINTIFF AND THE SETTLING CLASS*

Date: December 30, 2013

fsmith@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 888-1021
Facsimile: (404) 724-1521

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2013, I filed the foregoing JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT via the Court's CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

> Poonam K. Lakhani, IL Bar No. 6306318
> plakhani@prinz-lawfirm.com
> THE PRINZ LAW FIRM, P.C.
> One East Wacker Drive, Suite 550
> Chicago, Illinois 60601
>
> E. Michelle Drake, MN Bar No. 0387366*
> drake@nka.com
> Anna P. Prakash, MN Bar No. 0351362*
> aprakash@nka.com
> Nicholas D. Thompson, MN Bar No. 0389609*
> nthompson@nka.com
> * Admitted pro hac vice
> NICHOLS KASTER, PLLP
> 4600 IDS Center
> 80 South Eighth Street
> Minneapolis, Minnesota 55402
>
> *ATTORNEYS FOR NAMED PLAINTIFF AND THE SETTLING CLASS*

> /s Reema Kapur
> Reema Kapur
> rkapur@seyfarth.com
> SEYFARTH SHAW LLP
> 131 South Dearborn Street, Suite 2400
> Chicago, Illinois 60603