IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON SCHUMPERT, individually and as a representative of the class,<br><br>  Plaintiff,<br><br>  v.<br><br>ALDI INC.,<br><br>  Defendant. | Case No. 1:130-cv-02417<br><br>Judge Harry D. Leinenweber |

### FINAL ORDER AND JUDGMENT APPROVING CLASS SETTLEMENT

This matter has come before the Court on a joint motion by Plaintiff BRANDON SCHUMPERT ( "Named Plaintiff" or "Class Representative"), on behalf of himself and all members of the proposed Settling Class, and Defendant ALDI INC. ( "Defendant" or "Aldi") (jointly referred to as the "Parties"), for Final Approval of Class Settlement.

For the reasons stated from the Bench, a Final Order and Judgment shall be and is hereby entered.

It is hereby ORDERED:

1.  Pursuant to Fed. R. Civ. P. 23, the Settlement of this action as embodied in the Stipulation of Class Action Settlement is finally approved as a fair, reasonable, and adequate settlement based on the factual, legal, procedural, and practical considerations raised in this action.

2.  Pursuant to Fed. R. Civ. P. 23(b)(3), the Settlement Class as defined in the Stipulation of Class Action Settlement is certified as follows: the Settling Class consists of

individuals ("Class Members") who applied for employment with Aldi and received pre-adverse action letters but were not provided with copies of their consumer reports by Aldi between April 1, 2011 and April 13, 2013 (the "Class Period"). There are thirty-two (32) Class Members.

3. Pursuant to Fed. R. Civ. P. 23, the Court certifies Named Plaintiff as the Class Representative. The Court approves Ms. Drake, Ms. Prakash, Mr. Thompson and Ms. Lakhani as Class Counsel.

4. Pursuant to Fed. R. Civ. P. 23(e), the Court finds that adequate class notice was provided and the terms of the Stipulation of Class Action Settlement should be approved under the standards set forth in *GE Capital Corp. v. Lease Resolution Corp.,* 128 F.3d 1074, 1082 (7th Cir. 1997).

5. The Court directs the Parties to implement the Stipulation of Class Action Settlement, with payments made in the amount and on the schedule set forth therein. Without affecting the finality of the Final Order and Judgment in this matter, the Court shall retain jurisdiction for the purpose of implementing the Stipulation of Class Action Settlement.

6. The Court shall issue a separate Order regarding Plaintiff's Counsel's application for attorneys' fees, litigation expenses, and Named Plaintiff Incentive Award.

ENTERED this 8th day of January ,2014

_____
Hon. Harry D. Leinenweber
United States District Court Judge

Order Jointly Prepared By:

| | |
|---|---|
| BRANDON SCHUMPERT | ALDI INC. |
| | |
| *Is Anna P. Prakash* | *Is Reema Kapur* |
| Poonam K. Lakhani, IL Bar No. 6306318 | Pamela Q. Devata |
| plakhani@prinz-lawfirm.com | pdevata@seyfarth.com |
| THE PRINZ LAW FIRM, P.C. | Reema Kapur |
| One East Wacker Drive, Suite 550 | rkapur@seyfarth.com |
| Chicago, Illinois 60601 | SEYFARTH SHAW LLP |
| Telephone: (312) 212-4450 | 131 South Dearborn Street, Suite 2400 |
| Facsimile: (312) 284-4822 | Chicago, Illinois 60603 |
| plakhani@prinz-lawfirm.corn | Telephone: (312) 460-5000 |
| | Facsimile: (312) 460-7000 |
| E. Michelle Drake, MN Bar No. 0387366* | |
| drake@nka.com | Frederick T. Smith |
| Anna P Prakash, MN Bar No. 0351362* | fsmith@seyfarth.com |
| aprakash@nka.com | SEYFARTH SHAW LLP |
| Nicholas D. Thompson, MN Bar No. 0389609* | 1075 Peachtree Street, N.E., Suite 2500 |
| nthompson@nka.com | Atlanta, Georgia 30309-3962 |
| * Admitted pro hac vice | Telephone: (404) 888-1021 |
| NICHOLS KASTER, PLLP | Facsimile: (404) 724-1521 |
| 4600 IDS Center | |
| 80 South Eighth Street | *ATTORNEYS FOR DEFENDANT* |
| Minneapolis, Minnesota 55402 | |
| Telephone: (612) 256-3200 | |
| Facsimile: (612) 215-6870 | |

*ATTORNEYS FOR NAMED PLAINTIFF AND THE SETTLING CLASS*

Date: December 30, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2013, I filed the foregoing FINAL ORDER AND JUDGMENT APPROVING CLASS SETTLEMENT via the Court's CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

>Poonam K. Lakhani, IL Bar No. 6306318
>plakhani@prinz-lawfirm.com
>THE PRINZ LAW FIRM, P.C. One East Wacker Drive, Suite 550 Chicago, Illinois 60601
>
>E. Michelle Drake, MN Bar No. 0387366*
>drake@nka.com
>Anna P Prakash, MN Bar No. 0351362*
>aprakash@nka.com
>Nicholas D. Thompson, MN Bar No. 0389609*
>nthompson@nka.com
>* Admitted pro hac vice
>NICHOLS KASTER, PLLP
>4600 IDS Center
>80 South Eighth Street
>Minneapolis, Minnesota 55402
>
>*ATTORNEYS FOR NAMED PLAINTIFF AND THE SETTLING CLASS*

>>*/s Reema Kapur*
>>Reema Kapur